UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

MARYELLEN NOVAK,

                                Plaintiff,        **NOTICE OF MOTION**

        -against-

THE CITY OF NEW YORK, et. al.,        **25 CV 3734 (CM)**

                                Defendants.

------------------------------------------------------------------------x

       **PLEASE TAKE NOTICE** that defendants Ashley Maharaj, Qasim Mushtaq and Neil Zuber, will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, pursuant to Rule 56 of the Federal Rules of Civil Procedure and in accordance with Judge McMahon's individual practices, for summary judgment dismissing plaintiff's federal claims against them (first and second causes of action) with prejudice based on the ground of qualified immunity; and

       **PLEASE TAKE FURTHER NOTICE** that defendants City of New York, Ashley Maharaj, Qasim Mushtaq and Neil Zuber, will move this Court, before the Honorable Colleen McMahon, United States District Judge, at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, New York, New York 10007, at a date and time to be determined, pursuant to Rule 12(b)(6) for the dismissal with prejudice of plaintiff's Third and Fourth Causes of Action in the Complaint; and

       **PLEASE TAKE FURTHER NOTICE**, that, plaintiff is to serve her opposition papers on the undersigned on or before 14 days after service of defendants' moving papers; and

**PLEASE TAKE FURTHER NOTICE** that the moving defendants are to serve their reply papers on or before 7 days after service of plaintiff's responsive papers, if any.

Dated: New York, New York
August 18, 2025

        MURIEL GOODE-TRUFANT
        Corporation Counsel of the
          City of New York
        Attorney for Defendants City of New York, Ashley Maharaj, Qasim Mushtaq and Neil Zuber
        100 Church Street, Room 3-133(b)
        New York, New York 10007
        (212) 356-3519

By:   /s/ Mark D. Zuckerman
       Mark D. Zuckerman
       Senior Counsel