Case 1:25-cv-03734-CM Document 48-1 Filed 10/19/26 Page 1 of 2

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____
DATE FILED: 10/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X

MARYELLEN NOVAK,

Plaintiff,

-against-

THE CITY OF NEW YORK, et. al.,

Defendants.

---------------------------------------------------------------- X

**UNSEALING ORDER**

25 Civ. 3734 (CM)

**WHEREAS**, the parties seek access to New York County District Attorney's Office files and NYPD documents regarding the arrest and prosecution of R.K. in Docket CR-013138-24NY, which arises from arrest no. M24622671, for use in the prosecution and defense of this lawsuit; and

**WHEREAS,** counsel for defendants having been informed by the New York County District Attorney's Office that documents arising from the foregoing arrest and prosecution implicate C.P.L. §160.50 and 160.55; and

**NOW THEREFORE,**

**IT IS HEREBY ORDERED** that the aforesaid sealed records may be unsealed; however, said records may only be used in connection with the prosecution and defense of this litigation; and

**IT IS FURTHER ORDERED** that the unsealed records include New York County District Attorney's Office prosecutorial files for Docket CR-013138-24NY; and

**IT IS FURTHER ORDERED** that the City of New York, the Office of the Corporation Counsel, the New York County District Attorney's Office and the New York City

Police Department, shall not be bound by the statutory sealing requirements of C.P.L §§160.50 and 160.55, as it relates to the aforementioned sealed records; and

**IT IS FURTHER ORDERED** that the aforementioned sealed records shall be disclosed to Steven Banks, Corporation Counsel of the City of New York, or his authorized representative; and

**IT IS FURTHER ORDERED** that the aforesaid sealed records shall be deemed "Confidential Materials" in the Confidentiality Stipulation and Protective Order entered by the Court in this case.

Dated: New York, New York
October 19, 2026

Hon. Colleen McMahon